UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**

June 4, 2008 12:04 PM

RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:  EC /

UNITED STATES OF AMERICA,

Plaintiff,

No.

v.

Hon.

JULIO MENDEZ-AGUILAR and
HECTOR MARCARIO-SARAT,

Defendants.

_____/

**1:08-cr-142**

**Robert J. Jonker**
**US District Judge**

**INDICTMENT**

The Grand Jury charges:

(Transporting Illegal Aliens)

On or about May, 2008, in Allegan County, in the Southern Division of the Western

District of Michigan, and elsewhere, the defendants,

JULIO MENDEZ-AGUILAR and
HECTOR MARCARIO-SARAT

knowing and in reckless disregard of the fact that seventeen aliens had come to, entered and

remained in the United States in violation of law, did transport, move and attempt to transport

and move such aliens within the United States by means of transportation and otherwise, in

furtherance of such violation of law.

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(ii)
8 U.S.C. § 1324(a)(1)(A)(v)(II)

A TRUE BILL

_____
GRAND JURY FOREPERSON

CHARLES R. GROSS
United States Attorney

_____
JOHN F. SALAN
Assistant United States Attorney